IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JESSIE SCOTT                                                                                                    PLAINTIFF

v.                                              Case No. 1:24-cv-1016

SOUTH ARKANSAS REGIONAL HEALTH
CENTER, INC., d/b/a Newhaven and Health
Services                                                                                                         DEFENDANT

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal. ECF No. 14. The parties stipulate to dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side bearing their own costs and fees.

An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). Thus, all claims were effectively dismissed when the parties filed the instant stipulation. However, this order issues for the purpose of maintaining the Court's docket.

This case is hereby **DISMISSED WITH PREJUDICE**. If any party desires that the terms of any settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment. The Court retains jurisdiction to vacate this order upon cause shown that any such settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 28th day of February, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge